# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159539

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANTHONY HART,
      Plaintiff-Appellant,

v

SC: 159539
COA: 338171
Ct of Claims: 16-000212-MM

STATE OF MICHIGAN,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 7, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred when it concluded that the plaintiff had failed to allege sufficient facts to state a constitutional-tort claim under the principles outlined in *Canton v Harris*, 489 US 378 (1989), and *Bryan Co Bd of Co Comm'rs v Brown*, 520 US 397, 409 (1997). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The American Civil Liberties Union of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

s0918